inability to procure such backing, and that the plaintiff has received from the joint venture continuing up to the breaking of the contract large sums of money which he has never accounted for, and it was requested that plaintiff account for such moneys and pay over to the defendant his share thereof.

*Abraham Rosenstein* and *Bernhard Edelhertz* for appellant.

*Alexander S. Bacon* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN, CARDOZO and CRANE, JJ. Not sitting: MCLAUGHLIN, J.

---

ARMIDA M. VENERUSO, Respondent, *v.* SPEAR & COMPANY, Appellant.

*Veneruso* v. *Spear & Co.*, 160 App. Div. 629, affirmed.
(Submitted March 9, 1917; decided March 27, 1917.)

APPEAL from a judgment of the Appellate Division of of the Supreme Court in the first judicial department, entered February 19, 1914, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover damages for an assault and trespass alleged to have been committed by alleged agents and servants of the defendant. The defendant in its answer sets up a general denial. Defendant is in the retail furniture business transacted mostly on the installment plan. Plaintiff claimed that defendant's employees entered her house and attempted to remove certain furniture belonging to her and when she attempted to prevent its removal committed the assault complained of.

*Julius C. Feder* for appellant.

*Rosario Maggio* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN, CARDOZO, MCLAUGHLIN and CRANE, JJ.